AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

UNITED STATES OF AMERICA,

**APPEARANCE**

-against-

Case Number: 7:08-MJ-00284

FABIO SERAFIM,
                Defendant.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

defendant Fabio Serafim

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/23/2008 | /s/ Jonathan Marks |
| Date | Signature |
| | Jonathan Marks      JM-9696 |
| | Print Name      Bar Number |
| | 220 Fifth Ave, Suite 300 |
| | Address |
| | New York,    NY    10001 |
| | City    State    Zip Code |
| | (212) 545-8008    (212) 889-3595 |
| | Phone Number    Fax Number |