ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :   INFORMATION

     - v. -                    :   08 Cr. 423 (KMK)(MDF)

FABIO SERAFIM,                    :
    a/k/a "Rogerio,"            :
    a/k/a "Pedro Aguilar,"      :
    a/k/a "Fabio Queiroz        :
    Serafim,"                   :

          Defendant.        :

- - - - - - - - - - - - - - - - x

## COUNT ONE

The United States Attorney charges:

1. In or about October 2006, in the Southern District of New York and elsewhere, FABIO SERAFIM, a/k/a "Rogerio," a/k/a "Pedro Aguilar," a/k/a "Fabio Queiroz Serafim," the defendant, together with others known and unknown, unlawfully, willfully and knowingly combined, conspired, confederated, and agreed together and with each other to violate the laws of the United States.

2. It was a part and an object of said conspiracy that FABIO SERAFIM, a/k/a "Rogerio," a/k/a "Pedro Aguilar," a/k/a "Fabio Queiroz Serafim," the defendant, and others known and unknown, would and did unlawfully, wilfully, and knowingly transfer an identification document, authentication feature, and false identification document, knowing that such document or feature was stolen and produced without lawful authority, to wit, SERAFIM transferred fraudulent identification documents in interstate commerce, in violation of Title 18, United States Code, Sections

1028(a)(2) and (c)(3)(A).

## OVERT ACT

3. In furtherance of the conspiracy and to effect its illegal object, the following overt acts, among others, was committed in the Southern District of New York and elsewhere:

    a. In or about September 2006, the defendant, FABIO SERAFIM, a/k/a "Rogerio," a/k/a "Pedro Aguilar," a/k/a "Fabio Queiroz Serafim," the defendant, made a phone call to an individual in Portchester, New York, about providing fraudulent identification documents.

(Title 18, United States Code, Section 1028(f).)

*[signature]*
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v -

FABIO SERAFIM,
a/k/a "Rogerio,"
a/k/a "Pedro Aguilar,"
a/k/a "Fabio Queiroz Serafim,"

Defendant.

FELONY INFORMATION

08 Cr.

Michael J. Garcia
United States Attorney for *Southern District of New York*
(914) 993-1939

[Handwritten notes:]
Deft and Atty JONATHAN MARKS, Espres.
A.U.S.A. A. SKOTKO, ESQ. pres.
Elec Court Reporter ED NODAGUO Thruprcs.
Deft pleads not guilty. Defendant con's
REMANDED
case assigned to Judge KARRAS
TIME EXCLUDED TIL NEXT CONF BEFORE JUDGE KARAS.
U.S.M.J. Fox
Fox, M.J.

5/14/08 Information filed
Fox, M.J.